**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                                      **Case No. CR-2-12-230
JUDGE FROST**

**TABITHA L. CURFMAN,**

    **Defendant.**

### ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE

This matter came on for a hearing this 20th day of May, 2015 upon the Petition to Revoke Defendant's Supervised Release Status. Defendant, Counsel for the Defendant, and Counsel for the Government appeared.

At the hearing Defendant admitted to violating:

Standard Condition No. 7: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."

Special Condition No. 1: "The defendant shall participate in a program of substance abuse testing and treatment, as directed by the probation officer. The defendant will make a co-payment for treatment services not to exceed $25.00 per month, which is determined by the defendant's ability to pay."

Special Condition: "The defendant shall make restitution in the amount of $12,168.00 and pay a special assessment fee of $25.00. A payment schedule of $25.00 a month was approved by the Court on April 7, 2014."

The Court accepts the admissions.

The Court thereafter proceeded with sentencing. Pursuant to the United States Sentencing Guidelines (U.S.S.G.) § 7B1.1, Defendant has been found guilty of violating one Standard Condition and two Special Conditions, which conduct represent Grade C violations.

Based on Grade C violations, and criminal history category I, the advisory guideline imprisonment range for revocation purposes is 3 to 9 months.  See U.S.S.G. 7B1.4.

Relying upon the foregoing, the facts of this case, and the 18 U.S.C. 3553(a) factors, the Court orders that Defendant's probation be revoked and the Court sentences Defendant to three (3) months confinement.  Upon completion of the three (3) month sentence, Defendant shall not be required to serve a further term of Supervised Release.

After sentencing, Defendant acknowledged her rights on appeal.

Defendant was remanded to the custody of the United States Marshal's Service.

**IT IS SO ORDERED.**

                                                  s/   Gregory L. Frost
**GREGORY L. FROST, JUDGE**
**UNITED STATES DISTRICT COURT**